# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

S.R., FATHER OF L.R., A CHILD,

       Appellant,

v.

       Case No. 5D22-2749
       LT Case No. 2020-DP-65

DEPARTMENT OF CHILDREN AND
FAMILIES,

       Appellee.

_____/

Decision filed March 23, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Richard F. Joyce, Office of Criminal Conflict and Civil
Regional Counsel, Casselberry, for Appellant.

Stephanie C. Zimmerman, Deputy Director
& Statewide Director of Appeals, of Children's
Legal Services, Bradenton, and Rachel Batten, of
Children's Legal Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director, and
Amanda Victoria Glass, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee, and Christy
Donovan Pemberton, of Defending Best Interests
Project, Clearwater, for Guardian Ad Litem Program.

PER CURIAM.

      AFFIRMED.

EISNAUGLE, BOATWRIGHT and KILBANE, JJ., concur.